# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

135028

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HATTIE MOORE and JAMES MOORE,
       Plaintiffs-Appellees,

v

SC: 135028
COA: 267191
Genesee CC: 01-071881-NF
02-073203-NF

SECURA INSURANCE,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 3, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Ross v Auto Club Group* (Docket No. 130917) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

Clerk

p0123